MARC J. FAGEL (Cal Bar No. 154425)
JUDITH L. ANDERSON (Cal Bar No. 124281)
 andersonj@sec.gov
MARK P. FICKES (Cal. Bar No. 178570)
 fickesm@sec.gov
ERIN E. SCHNEIDER (Cal. Bar No. 216114)
 schneidere@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>             Plaintiff,<br><br>     vs.<br><br>MAXIM INTEGRATED PRODUCTS, INC. and JOHN F. GIFFORD,<br><br>             Defendants. | Case No. CV 07-6121 (RMW)<br><br>ADMINISTRATIVE MOTION BY PLAINTIFF SECURITIES AND EXCHANGE COMMISSION CONCERNING WHETHER CASES SHOULD BE RELATED |

Plaintiff Securities and Exchange Commission (the "Commission") hereby moves this Court, pursuant to Local Rule 3-12, to determine whether the instant case is related to a case also filed in the Northern District of California on December 4, 2007, entitled *SEC v. Carl W. Jasper*, CV 07-6122 HRL ("*SEC v. Jasper*"). In accordance with Local Rule 3-12, the Commission is filing this administrative motion because it believes that *SEC v. Jasper* meets the criteria for being deemed related to this action. Both cases involve various allegations of fraud related to stock options granted at Maxim Integrated Products, Inc. and violations of the federal securities laws.

In the instant case, Maxim Integrated Products, Inc. ("Maxim") and John F. Gifford have consented to the entry of judgments against them. The proposed judgment and both defendants' consents were filed concurrently with the summons and complaint. *SEC v. Jasper* is a litigated matter.

Counsel for the Commission has notified counsel for all parties in the instant case and *SEC v. Japer* that the Commission intended to file this administrative motion. Counsel for all parties will also be served with a copy this administrative motion.

Dated:  December 7, 2007                    Respectfully submitted,


/s/ Mark P. Fickes
Mark P. Fickes
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION