LATHAM & WATKINS LLP
Steven M. Bauer (Bar No. 135067),
steven.bauer@lw.com
Robert E. Sims (Bar No. 116680),
bob.sims@lw.com
David M. Friedman (Bar No. 209214),
david.friedman@lw.com
Heather L. Thompson (Bar No. 246321),
heather.thompson@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

Attorneys for Defendant
Carl W. Jasper

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | CASE NO. CV 07-6121 (RMW) |
| Plaintiff, | NOTICE OF ADMINISTRATIVE MOTION |
| v. | |
| MAXIM INTEGRATED PRODUCTS, INC and JOHN F. GIFFORD, | |
| Defendants. | |

1
2
3   Carl W. Jasper hereby informs the court that on December 7, 2007 he filed an
4   administrative motion to determine whether *SEC v. Carl W. Jasper*, Case No. 07-6122 HRL,
5   should be related to *In re Maxim Integrated Products Inc. Derivative Litigation*, Case No. 06-
6   3344 JW, which is currently pending before Judge Ware of this division. A copy of the motion
7   is attached hereto as Exhibit A.
8
9   Dated: December 7, 2007                    Respectfully submitted,
10                                              LATHAM & WATKINS LLP
                                                    Steven M. Bauer
11                                                  Robert E. Sims
                                                    David F. Friedman
12                                                  Heather L. Thompson
13
                                                By _____/s/_____
14                                                  Heather L. Thompson
                                                    Attorneys for Defendant
15                                                  Carl W. Jasper
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2                                EXHIBIT A
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1  LATHAM & WATKINS LLP
    Steven M. Bauer (Bar No. 135067),
2     steven.bauer@lw.com
    Robert E. Sims  (Bar No. 116680),
3     bob.sims@lw.com
    David M. Friedman (Bar No. 209214),
4     david.friedman@lw.com
    Heather L. Thompson (Bar No. 246321),
5     heather.thompson@lw.com
  505 Montgomery Street, Suite 2000
6  San Francisco, California  94111-2562
  Telephone:  +415.391.0600
7  Facsimile:  +415.395.8095

8  Attorneys for Defendant
   Carl W. Jasper

9
                    UNITED STATES DISTRICT COURT
10                  NORTHERN DISTRICT OF CALIFORNIA
                          SAN JOSE DIVISION
11

| | |
|---|---|
| IN RE MAXIM INTEGRATED PRODUCTS, INC. DERIVATIVE LITIGATION | CASE NO. C. 06-3344 JW<br><br>DEFENDANT CARL W. JASPER'S ADMINISTRATIVE MOTION TO DETERMINE WHETHER CASES SHOULD BE RELATED TO CASE NO. 06-3344 JW |

Pursuant to Civil Local Rule 7-11, Defendant Carl W. Jasper ("Mr. Jasper") hereby moves the Court for consideration of whether the matter *SEC v. Carl W. Jasper*, Case No. 07-CV-6122-HRL (filed December 4, 2007) ("*SEC v. Jasper*") is related, as defined by Civil Local Rule 3-12, to this action (*In re Maxim Integrated Products, Inc. Derivative Litigation*- "*In re Maxim*").

Civil Local Rule 3-12(a) states that cases are related when:

(1) The cases concern substantially the same parties, property, transaction or event; and

(2) It appears likely that there will be an unduly burdensome duplication of labor or expense or conflicting results if the cases are conducted before different Judges.

Both factors are met here. Both cases spring from challenges to Maxim Integrated Products, Inc.'s stock option practices, in other words, both cases "concern substantially the same […] transaction or event." Civil L.R. 3-12(a)(1). Further, the *SEC v. Jasper* and *In re Maxim* cases should be assigned to the same judge to promote judicial economy. If the cases proceeded in front of separate judges, each judge would be required to educate himself or herself as to the same set of transactions as well as similar legal arguments being made by both plaintiffs and defendants. Furthermore, Mr. Jasper, as a defendant in both actions, will be required to defend the same or substantially similar actions before two different judges. In short, allowing these cases to proceed separately "will be an unduly burdensome duplication of labor and expense" that may lead to conflicting results. Civil L. R. 3-12(a)(2).

Counsel for Mr. Jasper has notified all parties in this case as well as in *Sec v. Jasper* of Mr. Jasper's intent to file this administrative motion. Pursuant to Civil Local Rule 3-12(f), Mr. Jasper respectfully requests that this Court grant its Motion and order the *SEC v. Jasper* and *In Re Maxim* cases related.

1  Dated: December 7, 2007        Respectfully submitted,
                                  LATHAM & WATKINS LLP
2                                   Steven M. Bauer
                                    Robert E. Sims
3                                   David M. Friedman
                                    Heather L. Thompson
4

5                                 By_____/s/_____
                                  Heather L. Thompson
6                                 Attorneys for Defendant
                                  Carl W. Jasper

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28