1  MARC J. FAGEL (Cal Bar No. 154425)
   JUDITH L. ANDERSON (Cal Bar No. 124281)
2    andersonj@sec.gov
   MARK P. FICKES (Cal. Bar No. 178570)
3    fickesm@sec.gov
   ERIN E. SCHNEIDER (Cal. Bar No. 216114)
4    schneidere@sec.gov

5  Attorneys for Plaintiff
   SECURITIES AND EXCHANGE COMMISSION
6  44 Montgomery Street, Suite 2600
   San Francisco, California 94104
7  Telephone: (415) 705-2500
   Facsimile: (415) 705-2501
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11

12

13 SECURITIES AND EXCHANGE COMMISSION,      Case No. CV 07-6121 (RMW)

14                Plaintiff,
                                            CERTIFICATE OF SERVICE
15       vs.

16 MAXIM INTEGRATED PRODUCTS, INC. and
   JOHN F. GIFFORD,

17                Defendants.

18

19       I, Janet L. Johnston, am a citizen of the United States, over 18 years of age and not a party or

20 counsel to a party in this action. On December 7, 2007, I served:

21  ADMINISTRATIVE MOTION BY PLAINTIFF SECURTIES AND EXCHANGE
    COMMISSION CONCERNING WHETHER CASES SHOULD BE RELATED
22
    I served a true and correct copy via Federal Express, marked for next business day delivery,
23
   with shipping fees provided for, addressed to the following:
24
            John Potter, Esq.
25          Quinn Emanuel Urguhart Oliver & Hedges, LLP
            50 California Street, 22nd Floor
26          San Francisco, CA 94111
            Counsel for Maxim Integrated Products, Inc.
27

28

David Siegel, Esq.
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA
Counsel for John F. Gifford

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Francisco, California on December 7, 2007.

*Janet R. Johnston* (signature)
Janet L. Johnston