LATHAM & WATKINS LLP
  Steven M. Bauer (Bar No. 135067),
  steven.bauer@lw.com
  Robert E. Sims (Bar No. 116680),
  bob.sims@lw.com
  David M. Friedman (Bar No. 209214),
  david.friedman@lw.com
  Heather L. Thompson (Bar No. 246321),
  heather.thompson@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

Attorneys for Defendant
Carl W. Jasper

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>CARL W. Jasper,<br><br>  Defendant. | CASE NO. CV 07-6122 (HRL)<br><br>CERTIFICATE OF SERVICE |

I, Judy A. Thomason, am a citizen of the United States, over 18 years of age and not a party or counsel to a party in this action. On December 17, 2007, I served:

NOTICE OF ADMINISTRATIVE MOTION

I served a true and correct copy via Federal Express, marked for next business day delivery, with shipping fees provided for, addressed to the following:

John Potter, Esq.
Quinn Emanuel Urghart Oliver & Hedges, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Counsel for Maxim Integrated Products, Inc.

1  David Siegel, Esq.
   Irell & Manella LLP
2  1800 Avenue of the Stars, Suite 900
   Los Angeles, CA 90067-4276
3  Counsel for John F. Gifford

4  I declare under penalty of perjury that the foregoing is true and correct.

5  Executed at San Francisco, California, on December 17, 2007.

6

7

8                                              *Judy A. Thomason* (signature)
                                               Judy A. Thomason