1  MARC J. FAGEL (Cal Bar No. 154425)
   JUDITH L. ANDERSON (Cal Bar No. 124281)
2    andersonj@sec.gov
   MARK P. FICKES (Cal. Bar No. 178570)
3    fickesm@sec.gov
   ERIN E. SCHNEIDER (Cal. Bar No. 216114)
4    schneidere@sec.gov

5  Attorneys for Plaintiff
   SECURITIES AND EXCHANGE COMMISSION
6  44 Montgomery Street, Suite 2600
   San Francisco, California 94104
7  Telephone: (415) 705-2500
   Facsimile:  (415) 705-2501
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11

12

13 SECURITIES AND EXCHANGE COMMISSION,    Case No. CV 07-6121 RMW RS

14          Plaintiff,                    CERTIFICATE OF SERVICE

15      vs.

16 MAXIM INTEGRATED PRODUCTS, INC.

17          Defendant.

18
        I, Janet L. Johnston, am a citizen of the United States, over 18 years of age and not a party or
19
   counsel to a party in this action. On January 24, 2008, I served:
20
        FINAL JUDGMENT AS TO DEFENDANT MAXIM INTEGRATED PRODUCTS, INC.
21
        I served a true and correct copy via Federal Express, marked for next business day delivery,
22
   with shipping fees provided for, addressed to the following:
23
            John Potter, Esq.
24          Quinn Emanuel Urquhart Oliver & Hedges, LLP
            50 California Street, 22nd Floor
25          San Francisco, CA 94111
            Counsel for Maxim Integrated Products, Inc.
26

27

28

| | |
|---|---|
| 1 | I declare under penalty of perjury that the foregoing is true and correct. |
| 2 | Executed at San Francisco, California on January 24, 2008. |

*Janet L. Johnston* (signature)
Janet L. Johnston