```
 1  MARC J. FAGEL (Cal Bar No. 154425)
    JUDITH L. ANDERSON (Cal Bar No. 124281)
 2    andersonj@sec.gov
    MARK P. FICKES (Cal. Bar No. 178570)
 3    fickesm@sec.gov
    ERIN E. SCHNEIDER (Cal. Bar No. 216114)
 4    schneidere@sec.gov

 5  Attorneys for Plaintiff
    SECURITIES AND EXCHANGE COMMISSION
 6  44 Montgomery Street, Suite 2600
    San Francisco, California 94104
 7  Telephone: (415) 705-2500
    Facsimile: (415) 705-2501
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN F. GIFFORD<br><br>Defendant. | Case No. CV 07-6121 RMW RS<br><br>CERTIFICATE OF SERVICE |

I, Janet L. Johnston, am a citizen of the United States, over 18 years of age and not a party or counsel to a party in this action. On January 24, 2008, I served:

FINAL JUDGMENT AS TO DEFENDANT JOHN F. GIFFORD

I served a true and correct copy via Federal Express, marked for next business day delivery, with shipping fees provided for, addressed to the following:

> David Siegel, Esq.
> Irell & Manella LLP
> 1800 Avenue of the Stars, Suite 900
> Los Angeles, CA 90067
> Counsel for John F. Gifford

1   I declare under penalty of perjury that the foregoing is true and correct.

2   Executed at San Francisco, California on January 24, 2008.

*[signature]*
Janet L. Johnston

SEC v. JOHN F. GIFFORD                                2                              CERTIFICATE OF SERVICE
Case No. CV 07-6121 RMW RS